

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00308-CV

**RYAN HANSON,**

**Appellant**

 **v.**

**ERVING JENSEN, KENNETH DEAN AND
CHERYL LAWSON,**

**Appellees**

---

**From the 52nd District Court
Coryell County, Texas
Trial Court No. COT-10-39673**

---

## MEMORANDUM OPINION

---

Appellant has filed a motion to dismiss this appeal. Appellees have not filed a response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed October 27, 2010
[CV06]